# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **COOK COUNTY, ILLINOIS**, an Illinois governmental entity; and **ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, INC.**, <br><br>**Plaintiffs,** <br><br>vs. <br><br>**KEVIN K. McALEENAN**, in his official capacity as Acting Secretary of U.S. Department of Homeland Security; **U.S. DEPARTMENT OF HOMELAND SECURITY,** a federal agency; **KENNETH T. CUCCINELLI II,** in his official capacity as Acting Director of U.S. Citizenship and Immigration Services; and **U.S. CITIZENSHIP AND IMMIGRATION SERVICES,** a federal agency, <br><br>**Defendants.** | Civ. Action No. 19-cv-06334 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Procedure 7.1 and Local Rule 3.2, Plaintiff Illinois Coalition for Immigrant and Refugee Rights states that it is a non-governmental entity. Illinois Coalition for Immigrant and Refugee Rights has no parent company, and no publicly held company owns 10% or more of Illinois Coalition for Immigrant and Refugee Rights.

Dated: September 23, 2019         /s/ David A. Gordon

                                                            David A. Gordon
                                                            Tacy F. Flint
                                                             Yvette Ostolaza (*pro hac vice forthcoming*)
                                                             Robert S. Velevis (*pro hac vice forthcoming*)

SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
Fax:    (312) 853-7036
dgordon@sidley.com
tflint@sidley.com
yvette.ostolaza@sidley.com
rvelevis@sidley.com

Caroline Chapman
Meghan P. Carter
Shelmun Dashan
LEGAL COUNCIL FOR HEALTH JUSTICE
17 N. State, Suite 900
Chicago, IL 60602
Phone: (312) 605-1958
Fax:    (312) 427-8419
cchapman@legalcouncil.org
mcarter@legalcouncil.org
sdashan@legalcouncil.org

Katherine E. Walz
Gavin M. Kearney
Andrea Kovach
Militza M. Pagan
SHRIVER CENTER ON POVERTY LAW
67 E. Madison, Suite 2000
Chicago, IL 60603
Phone: (312) 368-2679
Fax:    (312) 263-3846
katewalz@povertylaw.org
gavinkearney@povertylaw.org
andreakovach@povertylaw.org
militzapagan@povertylaw.org

*Counsel for Illinois Coalition for Immigrant and Refugee Rights, Inc. (ICIRR)*