IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cook County, Illinois et al.<br><br>　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>Kevin K. McAleenan et al.<br><br>　　　　　　　　Defendants. | No. 1:19-cv-06334<br><br>Judge Feinerman |

## NOTICE OF FILING

TO:　　CM/ECF SERVICE LIST

PLEASE TAKE NOTICE that on the 2nd day of October, 2019, the undersigned caused to be filed the attached **Brief of *Amici Curiae* the American Civil Liberties Union, Center for Public Representation, et al. in Support of Plaintiffs' Motion for Temporary Restraining Order And/Or Preliminary Injunction**, a copy of which is herewith served upon you.

　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP

　　　　　　　　　　　　　　　　　　/s/ Marc N. Zubick
　　　　　　　　　　　　　　　　　　Marc N. Zubick (Bar. No. 6308239)
　　　　　　　　　　　　　　　　　　330 North Wabash Avenue, Suite 2800
　　　　　　　　　　　　　　　　　　Chicago, IL 60611
　　　　　　　　　　　　　　　　　　Telephone: +1.312.876.7700
　　　　　　　　　　　　　　　　　　Email: marc.zubick@lw.com

　　　　　　　　　　　　　　　　　　*Attorney for Proposed Amici Curiae American Civil Liberties Union, Center for Public Representation, et al.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2019, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system, which will send a copy of this filing via electronic mail to all attorneys of record.

/s/ Marc N. Zubick
Marc N. Zubick (Bar. No. 6308239)
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: +1.312.876.7700
Email: marc.zubick@lw.com

*Attorney for Proposed Amici Curiae American Civil Liberties Union, Center for Public Representation, et al.*