# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **COOK COUNTY ILLINOIS,** *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> **KEVIN K. McALEENAN,** in his official capacity as Acting Secretary of U.S. Department of Homeland Security, *et al.* <br><br> *Defendants*. | Civil Action No. 1:19-cv-06334 <br><br> Hon. Gary S. Feinerman |

## MOTION FOR STAY OF INJUNCTION PENDING APPEAL

Defendants respectfully move the Court to stay pending appeal the Court's order granting a statewide preliminary injunction in this matter. For the reasons discussed in Defendants' Memorandum of Law in Support of Defendants' Motion for Stay of Injunction Pending Appeal, this Court should stay its preliminary injunction pending the resolution of the government's appeal. At a minimum, it should issue a stay of the injunction insofar as it applies beyond redressing the relevant injuries to Plaintiffs in this case. Defendants conferred with Plaintiffs, who oppose this request.

Dated: October 25, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Joshua M. Kolsky*

ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-7664
Fax: (202) 616-8470
Email: joshua.kolsky@usdoj.gov

*Counsel for Defendants*