**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Cook County, Illinois, et al.

                              Plaintiff,

v.                                                       Case No.: 1:19−cv−06334
                                                              Honorable Gary Feinerman

Kevin K. McAleenan, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 30, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Motion for stay of injunction pending appeal [90] is entered and continued. Plaintiffs' response due by 11/6/2019; Defendants' reply due by 11/11/2019. The 11/5/2019 status hearing [85] is stricken and re−set for 11/14/2019 at 10:00 a.m.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.