**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

Cook County, Illinois, et al.

                      Plaintiff,

v.                                   Case No.: 1:19−cv−06334
                                   Honorable Gary Feinerman

Kevin K. McAleenan, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 14, 2019:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 1/7/2020 at 10:00 a.m. For the reasons stated on the record, Defendants' motion for stay of injunction pending appeal [90] is denied. Defendants shall respond to the complaint by 1/16/2020. Motion hearing set for 1/22/2020 at 9:15 a.m. Defendants shall file the administrative record by 11/25/2019. By agreement, simultaneous briefs as to discovery on the equal protection claim shall be filed by 12/5/2019; responses due by 12/19/2019.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.