# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Cook County, Illinois, et al.

                    Plaintiff,

v.                                     Case No.: 1:19–cv–06334
                                                    Honorable Gary Feinerman

Kevin K. McAleenan, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 6, 2019:

      MINUTE entry before the Honorable Gary Feinerman:Defendants' motion to stay [112] is denied.. The motion to stay is premature, as it has not yet been decided whether discovery will be permitted on the equal protection claim. Motion hearing set for 12/10/2019 [114] is stricken.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.