UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Cook County, Illinois, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>Chad F. Wolf, in his official capacity as Acting Secretary of U.S. Department of Homeland Security, et. al.,<br><br>    Defendants. | Case No. 19-cv-6334<br><br>Judge Gary Feinerman |

**Motion to Dismiss**

Defendants respectfully move to dismiss Plaintiffs' Complaint in full pursuant to F.R.C.P. 12(b)(6). For the reasons discussed in Defendants' Memorandum in Support of Defendants' Motion to Dismiss, this Court should grant this Motion.

Dated: January 16, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Kuntal Cholera*
ERIC J. SOSKIN
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001

Phone: (202) 305-8645
Fax: (202) 616-8470
Email: kuntal.cholera@usdoj.gov

*Counsel for Defendants*