**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division**

Cook County, Illinois, et al.

                                         Plaintiff,

v.                                               Case No.: 1:19–cv–06334
                                                        Honorable Gary Feinerman

Chad F. Wolf, et al.

                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 22, 2020:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held. Motion hearing held and continued to 3/17/2020 at 2:00 p.m. Defendants' motion to dismiss [124] is entered and continued. Plaintiff shall respond by 2/19/2020; Defendants shall reply by 3:00 p.m. Central on 3/12/2020.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.