FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, Attorney General on behalf of the people of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF HAWAI'I, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KENNETH T. CUCCINELLI, II, in his official capacity as Acting Director of United States Citizenship and Immigration Services, <br><br> Defendants. | NO: 4:19-CV-5210-RMP <br><br> SCHEDULING ORDER |

SCHEDULING ORDER ~ 1

BEFORE THE COURT is the parties' Joint Proposed Timeline for DHS to Provide Discovery Related to the States' Equal Protection Claim and File a Response Pleading, and for Dispositive Motions, ECF No. 211.[1] The Court notes that DHS anticipates moving to stay discovery pending a forthcoming Motion to Dismiss. ECF No. 211 at 2. Nevertheless, to facilitate prompt resolution of this case, the Court adopts the parties' jointly proposed deadlines and sets the following schedule.

Accordingly, **IT IS HEREBY ORDERED**:

1. DHS shall file any responsive pleading by **May 22, 2020**.

2. *Motion Practice*

    (a) All parties shall adhere to LCivR 7.

    (b) Motions to Expedite, if any, shall be filed separately and noted for hearing at least seven (7) days from the date of filing, pursuant to LCivR 7(i)(2)(C). If the matter needs to be heard on a more immediate basis, the party filing the motion shall advise chambers of such.

---

[1] The Plaintiffs in this lawsuit are the State of Washington, Commonwealth of Virginia, State of Colorado, State of Delaware, State of Hawai'i, State of Illinois, State of Maryland, Commonwealth of Massachusetts, Attorney General Dana Nessel on behalf of the People of Michigan, State of Minnesota, State of Nevada, State of New Jersey, State of New Mexico, and State of Rhode Island (collectively, the "States"). Defendants are the United States Department of Homeland Security ("DHS"), Acting Secretary of DHS Kevin K. McAleenan, United States Citizenship and Immigration Services ("USCIS"), and Acting Director of USCIS Kenneth T. Cuccinelli II (collectively, "DHS").

SCHEDULING ORDER ~ 2

(c) All motions will be heard without oral argument unless oral argument is requested and approved by the Court. If oral argument is desired, the parties must contact the courtroom deputy to acquire a hearing date, s*ee* LCivR 7(i)(3)(B), and must advise the courtroom deputy why oral argument would be appropriate.

(d) All motion hearings in which oral argument has been approved shall be set for in-person appearance; however, the parties may request to appear telephonically or by video conference. **Speaker phones are not compatible with the Court's sound system and may not be used for telephonic hearings**.

(e) Notwithstanding the foregoing procedure, the Court may decide that oral argument is not warranted and proceed to determine any motion without oral argument. *See* LCivR 7(i)(3)(B)(iii).

**3.** ***Discovery***

(a) All discovery shall be completed by **October 1, 2021**.

(b) The parties shall file no discovery except as necessary to support motions.

(c) The parties are expected to resolve discovery issues according to the Federal Rules of Civil Procedure and the Rules of Professional Conduct. However, if there is a genuine issue that cannot be resolved by the parties without Court intervention, the parties may call the courtroom deputy and request a telephonic discovery conference with the Court. Once a status

SCHEDULING ORDER ~ 3

1  conference has been set, the parties shall email a succinct, one-to-two

2  paragraph summary of the issue to the courtroom deputy and to each other.

3      **4.**    Any dispositive motions shall be filed by **November 1, 2021**.

4      **IT IS SO ORDERED**.  The District Court Clerk is directed to enter this

5  Order and provide copies to counsel.

6      **DATED** May 4, 2020.

                                         *s/ Rosanna Malouf Peterson*
                                  ROSANNA MALOUF PETERSON
                                    United States District Judge