# EXHIBIT 1

**Washington v. DHS, No. 19-5210 (E.D. Wash.), Privilege Log**

| Privilege Control No. | DATE | TO | FROM | CC | Privilege | Privilege Description |
|---|---|---|---|---|---|---|
| 1 | 7/30/2019 | Kevin McAleenan | Quinn, Cameron | Wales, Brandon; Boyd, Valerie; Mitnick, John; Cuccinelli, Ken | DP - Deliberative Process; PII - Personal Privacy | Predecisional, deliberative email sharing predecisional, deliberative recommendations regarding the public charge rule for consideration by Acting Secretary. Contains employee phone numbers and email addresses. |
| 2 | 6/24/2019 | | | | DP - Deliberative Process | Predecisional, deliberative document from Civil Rights and Civil Liberties Officer containing predecisional, deliberative recommendations regarding the public charge rule for consideration by Acting Secretary. |
| 3 | 7/16/2019 | | | | ACP - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document from agency counsel to the Acting Secretary regarding various draft immigration rulemakings, including the public charge rule. |
| 4 | 7/16/2019 | | | | ACP - Attorney Client Privilege; DP - Deliberative Process | Predecisional, deliberative document from agency counsel to the Acting Secretary regarding various draft immigration rulemakings, including the public charge rule. |
| 5 | 7/17/2019 | | | | AWP - Work Product; ACP - Attorney Client Privilege; DP - Deliberative Process | Draft memorandum from DHS General Counsel to the Acting Secretary containing legal advice regarding the Rule and attorney mental impressions and legal advice in anticipation of litigation. This document contains pre-decisional and deliberative opinions, recommendations, and advice about agency decisions that have not yet been finalized. |
| 6 | 7/11/2019 | Zadrozny, John A | John Mitnick | | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email discussion between USCIS Deputy Chief of Staff to DHS Office of General Counsel including predecisional deliberations regarding forms associated with the public charge rule, and seeking legal advice regarding those forms. |
| 7 | 7/9/2019 | | | | ACP - Attorney Client Privilege; DP - Deliberative Process | Memorandum from USCIS Chief of Policy and Strategy to DHS General Counsel Memo containing predecisional, deliberative communications regarding the public charge rulemaking process sent for the purposes of legal advice. |
| 8 | 7/6/2019 | Wales, Brandon | John Mitnick | | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email discussion between DHS Office of General Counsel and USCIS containing predecisional, deliberations regarding the public charge rulemaking and legal advice. Contains employee phone numbers and email addresses and staff level names. |

| # | Date | From | To | CC | Privilege | Description |
|---|---|---|---|---|---|---|
| 9 | 7/5/2019 | McDonald, Christina | John Mitnick | DHS Attorney Advisor; Mizelle, Chad; Maher, Joseph; Fishman, George; Baroukh, Nader | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email between attorneys within the Office of General Counsel including legal opinions and deliberative communications regarding the public charge rulemaking process. Contains employee phone numbers and email addresses and staff level names. |
| 10 | 7/3/2019 | | | | AWP - Work Product; ACP - Attorney Client Privilege; DP - Deliberative Process | Draft memorandum from DHS General Counsel to the Acting Secretary containing legal advice regarding the Rule and attorney mental impressions and legal advice in anticipation of litigation. This document contains pre-decisional and deliberative opinions, recommendations, and advice about agency decisions that have not yet been finalized. |
| 11 | 7/1/2019 | McDonald, Christina; Mizelle, Chad | | DHS Attorney Advisors; DHS Special Assistant; Browne, Rene; Baroukh, Nader; Maher, Joseph; Fishman, George | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email communication within the DHS Office of the General Counsel including deliberative communications and legal discussions regarding the public charge rulemaking. Contains employee phone numbers and email addresses and names of staff level employees. |
| 12 | 6/28/2019 | McDonald, Christina | John Mitnick | Mizelle, Chad; Browne, Rene; Baroukh, Nader; Maher, Joseph; Fishman, George; DHS Attorney Advisors | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email communication within the DHS Office of the General Counsel including deliberative communications and legal discussions regarding the public charge rulemaking. Contains phone numbers and email address of agency employee and names of staff-level employees. |
| 13 | 8/29/2018 | Shah, Dimple | DHS Attorney Advisor | Nuebel Kovarik, Kathy; Fishman, George; Mitnick, John; DHS Attorney Advisor; DHS OGC Economist | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | This email reflects discussions between agency counsel and USCIS regarding legal advice concerning the public charge rule. It contains a pre-decisional deliberative conversation regarding recommendations and advice pertaining to the public charge rule. Contains employee phone numbers and the names of staff level employees. |
| 14 | 8/29/2018 | Nuebel Kovarik, Kathy | Shah, Dimple | Fishman, George; Mitnick, John; DHS Attorney Advisors; DHS OGC Economist | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | This email reflects discussions between agency counsel and USCIS regarding legal advice concerning the public charge rule. It contains a pre-decisional deliberative conversation regarding recommendations and advice pertaining to the public charge rule. Contains employee phone numbers and the names of staff level employees. |
| 15 | 8/29/2018 | DHS Attorney Advisor; Shah, Dimple | Nuebel Kovarik, Kathy | Fishman, George; Mitnick, John; DHS Attorney Advisors; DHS OGC Economist | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | This email reflects discussions between agency counsel and USCIS regarding legal advice concerning the public charge rule. It contains a pre-decisional deliberative conversation regarding recommendations and advice pertaining to the public charge rule. Contains employee phone numbers and the names of staff level employees. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | 8/29/2018 | Shah, Dimple; Nuebel Kovarik, Kathy | DHS Attorney Advisor | Fishman, George; Mitnick, John; DHS Attorney Advisors; DHS OGC Economist | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | This email reflects discussions between agency counsel and USCIS regarding legal advice concerning the public charge rule. It contains a pre-decisional deliberative conversation regarding recommendations and advice pertaining to the public charge rule. Contains employee phone numbers and the names of staff level employees. |
| 17 | 8/29/2018 | DHS Attorney Advisor | Shah, Dimple | Fishman, George; Mitnick, John; DHS Attorney Advisors; DHS OGC Economist | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | This email reflects discussions between agency counsel regarding legal advice concerning the public charge rule. It contains a pre-decisional deliberative conversation regarding recommendations and advice pertaining to the public charge rule. Contains employee phone numbers and the names of staff level employees. |
| 18 | 8/23/2018 | Mitnick, John | Shah, Dimple | | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email containing discussions between agency counsel regarding legal advice and analysis concerning the public charge rule. This email contains a pre-decisional deliberative conversation regarding recommendations and advice pertaining to the public charge rule. Contains employee phone numbers and the names of staff level employees. |
| 19 | 8/21/2018 | Symons, Craig M; Nuebel Kovarik, Kathy; USCIS Chief, Regulatory Coordination Division; DHS Attorney Advisor | Law, Robert T | Mitnick, John; Shah, Dimple; DHS Attorney Advisor; DHS OGC Economist | ACP - Attorney Client Privilege; DP - Deliberative Process; PII - Personal Privacy | Email discussion between Office of General Counsel and agency leadership containing predecisional, deliberations and reflecting legal advice concerning a scheduled discussion regarding the public charge rule. Contains email addresses and phone numbers, and names of staff-level employees. |