# EXHIBIT 2

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM D. HYSLOP
United States Attorney
ALEXANDER K. HAAS
Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
JASON C. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | No. 4:19-cv-5210-RMP |
| v. | REPORT PURSUANT TO MAY 13, 2020 ORDER |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants | |

REPORT PURSUANT TO
MAY 3, 2020 ORDER
NO. 4:19-CV-05210-RMP

U.S. DEPARTMENT OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 353-0533

Defendants respectfully submit this report pursuant to the Court's May 13, 2020 Order Denying in Part and Granting in Part Defendants' Motion to Stay Discovery Order re: Privilege Log ("Order"). ECF No. 219. The Court ordered Defendants to produce a privilege log pertaining to Defendants' administrative record on a rolling basis starting on June 12, 2020. *Id*. at 6. The Court further ordered Defendants to make reports to the Court and Plaintiffs every other Friday, on their progress toward completion of the privilege log. *Id*.

**<u>Notifying Custodians of Obligation to Preserve Documents</u>**

First, the Court ordered Defendants to report on their progress in "notifying potential custodians of their obligation to preserve potentially relevant documents, even if assertedly privileged[.]" Order at 6.

On September 24, 2019, DHS contacted all 37 individuals who it determined may have documents or information requiring preservation or who were information technology or administrative personnel whose assistance may be necessary to ensure that existing document retention policies or practices do not jeopardize the preservation of records subject to the litigation hold. DHS notified those individuals that they must, *inter alia*, immediately preserve and retain potentially relevant information regardless of whether the information is privileged. On March 5, 2020, DHS notified one additional individual of his obligation to preserve and retain such materials. More recently, DHS has taken steps to preserve the data of a few additional employees who have left DHS or transferred to a DHS component.

Between September 13 and 16, 2019, USCIS contacted all 55 individuals who it

REPORT PURSUANT TO
MAY 13, 2020 ORDER
NO. 4:19-CV-05210-RMP

1

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

determined may have documents or information requiring preservation or who were information technology or administrative personnel whose assistance may be necessary to ensure that existing document retention policies or practices do not jeopardize the preservation of records subject to the litigation hold. USCIS notified those individuals that they must, *inter alia*, immediately preserve and retain potentially relevant materials regardless of whether the records are privileged. On November 7, 2019, USCIS notified three additional individuals of their obligation to preserve and retain such materials.

Accordingly, Defendants have notified all potential custodians of their obligation to preserve potentially relevant documents, even if assertedly privileged.

**Segregating Privileged Documents for Review**

Second, the Court ordered Defendants to report on their progress in "segregating all assertedly privileged documents for review." Order at 6.

Shortly after the Court's Order Granting Plaintiffs' Motion to Compel, ECF No. 210, Defendants began working to determine which custodians may have documents that fall within the scope of the Court's Order, to determine appropriate search protocols including search terms to locate such documents, to collect electronic documents from those custodians, to establish a process for the review of those documents, and to begin that review. Particularly given the number of custodians and the amount of data at issue, it takes a significant amount of time for the agencies' information technology personnel to perform electronic searches and collect data. As of June 11, 2020, the defendant agencies have collected email records from 49 custodians and are in the process of collecting email records from five additional custodians. The agencies are also collecting

additional email records from two of the 49 custodians.

Once the agencies collect documents, those documents are then transmitted to the Department of Justice where they are processed, loaded to a document review platform, and assembled into batches for review by attorneys. Of the custodians whose email records have been collected, data for 37 of them have been batched for review, as of the morning of June 12, 2020.[1]

Although email records are expected to constitute the vast majority of documents subject to the Court's Order, Defendants also intend to collect non-email electronic documents and paper documents, if any, that do not also exist in electronic form. Defendants will collect non-email electronic documents after all emails have been collected. At this time, due to the COVID-19 crisis and the telework status of most agency personnel, Defendants cannot determine whether there are any paper documents that will need to be collected, as those documents are physically located in agency offices and are therefore currently inaccessible.

**Logging Privileged Documents**

Third, the Court ordered Defendants to report on their progress in logging privileged documents pursuant to Fed. R. Civ. P. 26(b)(5)(A). Order at 6. As of the morning of June 12, 2020, 33,526 documents have been batched for review in the DOJ document review platform. 1,689 of those documents have been reviewed and 19 are

---

[1] These 37 custodians include two for whom Defendants are collecting additional email records, as stated above.

REPORT PURSUANT TO
MAY 13, 2020 ORDER
NO. 4:19-CV-05210-RMP

3

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

1 listed on the initial production of the privilege log.[2]  In addition, several documents have
2 been identified that contain third party equities and which Defendants expect to include
3 in future installments of the privilege log after consulting with the appropriate third
4 parties.

Dated: June 12, 2020                    Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General

                                        WILLIAM D. HYSLOP
                                        United States Attorney

                                        ALEXANDER K. HAAS
                                        Branch Director

                                          */s/ Joshua M. Kolsky*
                                        ERIC J. SOSKIN
                                        Senior Trial Counsel
                                        KERI L. BERMAN
                                        KUNTAL V. CHOLERA
                                        JOSHUA M. KOLSKY, DC Bar No. 993430
                                        JASON C. LYNCH
                                        JORDAN L. VON BOKERN
                                        Trial Attorneys
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, D.C. 20005
                                        Tel: (202) 305-7664

---

[2] In percentage terms, roughly 5% of the batched documents have been reviewed.  As noted above, additional documents are being added to the review platform.

Fax: (202) 616-8460
Joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

REPORT PURSUANT TO
MAY 13, 2020 ORDER
NO. 4:19-CV-05210-RMP

1

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

*/s/ Joshua Kolsky*
JOSHUA KOLSKY
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

*Attorney for Defendants*