# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Cook County, Illinois et al ,

Plaintiff(s),

v.

Wolf et al,

Defendant(s).

Case No. 19 C 6334
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $            ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Plaintiffs Cook County, Illinois, and Illinois Coalition for Immigrant and Refugee Rights, Inc., and against Defendants Chad F. Wolf, et al., on Plaintiff's claims under the Administrative Procedure Act, 5 U.S.C. § 701 et seq. The Department of Homeland Security's final rule, Inadmissibility on Public Charge Grounds, 84 Fed. Reg. 41,292 (Aug. 14, 2019) ("Final Rule"), is vacated, effective immediately. There is no just reason for delay of the entry or appeal of this judgment.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman on a motion.

Date: 11/2/2020                    Thomas G. Bruton, Clerk of Court

                                   /s/ Jackie Deanes , Deputy Clerk