UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**COOK COUNTY, ILLINOIS**,
   et al.,

  Plaintiffs,

  v.

**CHAD F. WOLF**, in his official capacity as Acting Secretary of U.S. Department of Homeland Security,
   et. al.,

  Defendants.

Case No. 19-cv-6334

Judge Gary Feinerman

### Notice of Appeal

Pursuant to F.R.A.P. 3(a), all Defendants hereby appeal, to the U.S. Court of Appeals for the Seventh Circuit, the Court's November 2, 2020 Order granting Plaintiffs' motion for partial summary judgment, entering final judgment under F.R.C.P. 54(b), and vacating the Department of Homeland Security's ("DHS") final rule, Inadmissibility on Public Charge Grounds, 84 Fed. Reg. 41292 (Aug. 14, 2019). *See* ECF Nos. 221, 222, 223.

Dated: November 2, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ *Kuntal Cholera*
ERIC J. SOSKIN
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430

1

JASON LYNCH
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 353-0533
Fax: (202) 616-8470
Email: eric.soskin@usdoj.gov