# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

November 3, 2020

*By the Court:*

| | |
|---|---|
| COOK COUNTY, ILLINOIS and ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, INC., | ] Appeal from the United States ] District Court for the Northern ] District of Illinois, Eastern Division. ] |
| *Plaintiffs-Appellees*, | ] No. 19 C 6334 ] |
| No. 20-3150    v. | ] Gary Feinerman, ]    *Judge*. |
| CHAD F. WOLF, et al., | ] |
| *Defendants-Appellants*. | ] |

Upon consideration of the **MOTION FOR STAY PENDING APPEAL AND REQUEST FOR IMMEDIATE ADMINISTRATIVE STAY**, filed on November 3, 2020, by counsel for the appellants,

**IT IS ORDERED** that the district court's judgment is administratively **STAYED** pending further order of this court. Appellees shall file a response no later than November 17, 2020.