# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 19, 2020

Before

FRANK H. EASTERBROOK, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
DIANE P. WOOD, *Circuit Judge*

| No. 20-3150 | COOK COUNTY, ILLINOIS and ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, Plaintiffs - Appellees<br><br>v.<br><br>CHAD F. WOLF, et al., Defendants - Appellants |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-06334<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

The following are before the court:

1. **MOTION FOR STAY PENDING APPEAL AND REQUEST FOR IMMEDIATE ADMINISTRATIVE STAY**, filed on November 3, 2020, by counsel for appellants.

2. **PLAINTIFFS-APPELLEES' RESPONSE TO DEFENDANTS-APPELLANTS' MOTION FOR STAY PENDING APPEAL**, filed on November 17, 2020, by counsel.

**IT IS ORDERED** that the motion is **GRANTED**. The district court's judgment is **STAYED** pending resolution of this appeal.

**IT IS FURTHER ORDERED** that briefing in this appeal is **SUSPENDED** pending the Supreme Court's resolution of the petition for a writ of certiorari in *Wolf v. Cook County*, No. 20-450. The government shall file a status report within 10 days of a ruling on the petition.

form name: **c7_Order_3J**(form ID: **177**)