# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALEJANDRO MAYORKAS, in his official capacity as Secretary of U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, <br><br> et al., <br><br> Defendants. | Case No. 19-cv-6334 <br><br> Judge Gary Feinerman |

## JOINT STATUS REPORT

Pursuant to this Court's order, Dkt. 246, Plaintiff ICIRR and Defendants submit the following joint status report in advance of the March 12, 2021 status hearing.

## DEFENDANTS' POSITION

As reflected in the February 19, 2021 status report, the Department of Homeland Security ("DHS"), under Secretary Mayorkas, has been reviewing the Public Charge Rule in response to an Executive Order issued by President Biden just over a month ago, on February 2, 2021.[1] The U.S. Department of Justice ("DOJ"), in turn, has likewise been assessing how to proceed in the relevant litigations concerning the Public Charge Rule. Defendants will file a notice with the Court promptly after a determination is made by DHS and/or DOJ which would have a material effect on this litigation.

## PLAINTIFF'S POSITION

---

[1] https://www.whitehouse.gov/briefing-room/presidential-actions/2021/02/02/executive-order-restoring-faith-in-our-legal-immigration-systems-and-strengthening-integration-and-inclusion-efforts-for-new-americans/.

1

Defendants continue to provide no assurance that they will make any changes to the public charge rule as it currently applies today. Plaintiff noted in its call with Defendants that what ICIRR feared would happen – multiple extensions with no movement – has indeed happened. To date, Defendants continue to request that the U.S. Supreme Court and the U.S. Court of Appeals for the Seventh Circuit overturn this Court's prior rulings and uphold the Rule.

Since the parties' last Joint Status Report (Dkt. 245), Defendants have succeeded obtaining certiorari in parallel litigation, *Department of Homeland Security v. New York*, No. 20-449 (Oct. 7, 2020). Order List (02/22/2021) (https://www.supremecourt.gov/orders/ordersofthecourt/20) at 4. The petition for certiorari in this matter continues to pend at the Supreme Court. Docket No. 20-450 (U.S.). While the petition is pending with the Supreme Court, briefing is suspended at the Seventh Circuit. ECF No. 21, *Cook County v. Wolf*, No. 20-3150 (7th Cir.).

Plaintiff and the communities it serves are facing well-documented harms each day the Rule is in effect. Plaintiff continues to desire to continue to move this case toward its conclusion on the Equal Protection claim that is independent of the claims before the Supreme Court and Seventh Circuit. This claim could provide an independent basis for vacatur of the Rule.

Plaintiff continues to object to any stay of proceedings.

Dated: March 5, 2021

                 Respectfully submitted,

                 */s/* David A. Gordon
                 David A. Gordon
                 Tacy F. Flint
                 Marlow Svatek
                 SIDLEY AUSTIN LLP
                 One South Dearborn Street
                 Chicago, IL 60603
                 (312) 853-7000 (Telephone)
                 (312) 853-7036 (Facsimile)
                 dgordon@sidley.com
                 tflint@sidley.com
                 msvatek@sidley.com

                 Yvette Ostolaza (*pro hac vice*)
                 Texas Bar No. 00784703
                 Robert S. Velevis (*pro hac vice*)
                 Texas Bar No. 24047032
                 SIDLEY AUSTIN LLP
                 2021 McKinney Ave, Suite 2000
                 Dallas, Texas 75201

(214) 981-3300 (Telephone)
(214) 981-3400 (Facsimile)
Yvette.ostolaza@sidley.com
rvelevis@sidley.com

*/s/* Caroline Chapman
Caroline Chapman
Meghan P. Carter
LEGAL COUNCIL FOR HEALTH JUSTICE
17 N. State, Suite 900
Chicago, IL 60602
Phone: (312) 605-1958
Fax: (312) 427-8419
cchapman@legalcouncil.org
mcarter@legalcouncil.org

*/s/* Militza Pagán
Militza M. Pagán
Andrea Kovach
Nolan Downey
SHRIVER CENTER ON POVERTY LAW
67 E. Madison, Suite 2000
Chicago, IL 60603
Phone: (312) 690-5907
Fax: (312) 263-3846
militzapagan@povertylaw.org
andreakovach@povertylaw.org
nolandowney@povertylaw.org

/s/ Katherine E. Walz
Katherine E. Walz
NATIONAL HOUSING LAW PROJECT
1663 Mission Street, Suite 460
San Francisco, CA 94103
Phone: (415) 546-7000
Fax: (415) 432-5701
kwalz@nhlp.org

*Counsel for Illinois Coalition For Immigrant and Refugee Rights, Inc.*

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

/s/ Kuntal Cholera
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
U.S. Dept. of Justice, Civil Division,
Federal Programs Branch
1100 L Street, N.W., Rm. 12002
Washington, DC 20001
Phone: (202) 305-8645
Fax: (202) 616-8470
Email: kuntal.cholera@usdoj.gov

*Counsel for Defendants*