# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 |  | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

March 9, 2021

*By the Court:*

| | |
|---|---|
| No. 20-3150 | COOK COUNTY, ILLINOIS and ILLINOIS COALITION FOR IMMIGRANT AND REFUGEE RIGHTS,<br>Plaintiffs - Appellees<br><br>v.<br><br>CHAD F. WOLF, et al.,<br>Defendants - Appellants |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06334<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman ||

Upon consideration of the **UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL**, filed on March 9, 2021, by counsel for appellants,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)