**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

COOK COUNTY, ILLINOIS et al,

   *Plaintiffs,*

v.

WOLF et al.,

            *Defendants.*

No. 1:19-cv-06334

---

## OPPOSED MOTION TO INTERVENE

The States of Texas, Alabama, Arizona, Arkansas, Indiana, Kansas, Kentucky, Louisiana, Mississippi, Montana, Ohio, Oklahoma, South Carolina, and West Virginia (the "State Intervenors") respectfully move to intervene in this case both as of right and and permissively. *See* Fed. R. Civ. P. 24(a)–(b). For the reasons discussed in the State Intervenors' Memorandum in Support of Opposed Motion to Intervene, this Court should grant this motion to intervene.

Dated: May 12, 2021                           Respectfully submitted.

STEVE MARSHALL                                KEN PAXTON
Attorney General of Alabama                   Attorney General of Texas

MARK BRNOVICH                                 BRENT WEBSTER
Attorney General of Arizona                   First Assistant Attorney General

LESLIE RUTLEDGE                               JUDD E. STONE II
Attorney General of Arkansas                  Solicitor General

TODD ROKITA                                   LANORA C. PETTIT
Attorney General of Indiana                   Assistant Solicitor General

DEREK SCHMIDT                                 /s/ Mindy Wetzel
Attorney General of Kansas                    MINDY WETZEL
                                              Assistant Attorney General
DANIEL CAMERON                                Illinois Bar No.: 6314257
Attorney General of Kentucky                  Texas Bar No.: 24115673

JEFF LANDRY                                   Office of the Attorney General
Attorney General of Louisiana                 P.O. Box 12548 (MC 059)
                                              Austin, Texas 78711-2548
LYNN FITCH                                     Tel.: (512) 936-1700
Attorney General of Mississippi               Fax: (512) 474-2697

AUSTIN KNUDSEN                                 Counsel for State Intervenors[1]
Attorney General of Montana

DAVE YOST
Attorney General of Ohio

MIKE HUNTER
Attorney General of Oklahoma

ALAN WILSON
Attorney General of South Carolina

PATRICK MORRISEY
Attorney General of West Virginia

---

[1] Pursuant to Local Rule 83.12, Counsel for State Intervenors are excepted from the requirement that they hold membership in the Northern District of Illinois trial bar.

**Certificate of Conference**

On May 10 and 11, 2021, counsel for the State of Texas conferred with counsel for Plaintiffs and for the United States, who advised that they are opposed to this motion.

/s/ Mindy Wetzel
Mindy Wetzel

**Certificate of Service**

On May 12, 2021, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court.

/s/ Mindy Wetzel
Mindy Wetzel